TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd. #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Mikel Anderson*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mikel Anderson, <br><br> Plaintiff, <br><br> vs. <br><br> Trans Union, LLC, <br> a Delaware limited liability company, <br> Equifax Information Services, LLC, <br> a foreign limited liability company, <br> Experian Information Solutions, Inc., <br> an Ohio corporation, <br> Healthcare Collections-I, L.L.C., <br> an Arizona limited liability company, <br> Toyota Motor Credit Corporation, <br> a California corporation, and <br> Valley Collection Services, L.L.C., <br> an Arizona limited liability company, <br><br> Defendants. | Case No.: 2:17-cv-04460-DGC <br><br> **NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY** |

1   NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Equifax Information Services, LLC, in the above-captioned case have reached a settlement.  Plaintiff anticipates filing a Stipulation of Dismissal with Prejudice as to Defendant Equifax Information Services, LLC **only** within 60 days.

Respectfully Submitted,                              Dated: January 8, 2018


                                                     */s/ Trinette G. Kent*_____
                                                     TRINETTE G. KENT
                                                     KENT LAW OFFICES
                                                     Attorneys for Plaintiffs
                                                     3219 E. Camelback Rd. #588
                                                     Phoenix, AZ 85018
                                                     Tel: (480) 247-9644
                                                     Fax: (480) 717-4781
                                                     tkent@kentlawpc.com

{00079991;1}