IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mikel Anderson,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Trans Union, LLC, et al.,<br><br>　　　　　　Defendants. | No.  CV17-4460 PHX DGC<br><br>**ORDER** |

　　　Pending before the Court is the parties' stipulation of dismissal with prejudice re Defendant Valley Collection Services, LLC, only.  Doc. 55.

　　　**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice (Doc. 55) is **granted.**  Each party shall bear his or its own attorneys' fees and costs.

　　　Dated this 22nd day of March, 2018.

_____
David G. Campbell
United States District Judge