TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Mikel Anderson*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mikel Anderson, | Case No.:  2:17-cv-04460-DGC |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY** |
| Experian Information Solution, Inc., et al., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Experian

Information Solutions, Inc., in the above-captioned case have reached a settlement.

1

The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc., ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 21st day of June, 2018.

KENT LAW OFFICES


By: __/s/ _Trinette G. Kent_____
Trinette G. Kent
Attorneys for Plaintiff,
Mikel Anderson