TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Mikel Anderson*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mikel Anderson, | Case No.: 2:17-cv-04460-DGC |
| Plaintiff, | |
| vs. | |
| Trans Union, LLC, et al. | Hon. David G. Campbell |
| Defendants. | **NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION, LLC, ONLY** |

1

|   |   |
|---|---|
| 1 | |
| 2 | NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Trans Union, LLC, in the above-captioned case have reached a settlement.  The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Trans Union, LLC, ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days. |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Trans Union, LLC, in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Trans Union, LLC, ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 9th day of July, 2018.

KENT LAW OFFICES

By: _/s/  Trinette G. Kent_
Trinette G. Kent
Attorney for Plaintiff,
Mikel Anderson

2