IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mikel Anderson,<br><br>        Plaintiff,<br><br>v.<br><br>Trans Union, LLC, *et al.*,<br><br>        Defendants. | **Case No. 2:17-cv-04460-DGC**<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY, WITH PREJUDICE** |

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that Defendant Experian, only, be dismissed with prejudice from the above-captioned action, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

1

Dated: July 20, 2018

/s/ *Trinette G. Kent (w/ consent)*
TRINETTE G. KENT
KENT LAW OFFICES
3219 E. Camelback Road
Suite 588
Phoenix, Arizona 85018
*Attorney for Plaintiff*

/s/ *Tamara E. Fraser*
TAMARA E. FRASER
WILLIAMS, WILLIAMS,
RATTNER & PLUNKETT, P.C.
380 N. Old Woodward Avenue
Suite 300
Birmingham, Michigan 48009
*Attorney for Defendant Experian*

*/s/ Daniel A. Arellano (w/consent)*
DANIEL A. ARELLANO
LEWIS ROCA ROTHGERBER
CHRISTIE, LLP
201 E. Washington St., Ste. 1200
Phoenix, AZ 85004

*/s/ J. Neil Stuart (w/consent)*
J. NEIL STUART
COHEN DOWD QUIGLEY, P.C.
2425 E. Camelback Rd., Ste. 1100
Phoenix, AZ 85016

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Trinette G. Kent, Esq.<br>tkent@kentlawpc.com<br>*Attorney for Plaintiff* | Daniel P. Quigley, Esq.<br>John Neil Stuart, Esq.<br>dquigley@cdqlaw.com<br>nstuart@cdqlaw.com<br>*Attorneys for Trans Union LLC* |
| Jonathan Adam Dessaules, Esq.<br>jdessaules@dessauleslaw.com<br>*Attorney for Experian Information Solutions, Inc.* | Daniel A. Arellano, Esq.<br>darellano@lrrc.com<br>*Attorney for Toyota Motor Credit Corp.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mikel Anderson,<br><br>             Plaintiff,<br><br>v.<br><br>Trans Union, LLC, *et al*.,<br><br>             Defendants. | **Case No. 2:17-cv-04460-DGC**<br><br>**[PROPOSED] ORDER** |

Pursuant to the parties' Stipulation for Dismissal of Defendant Experian Information Solutions, Inc., Only, with Prejudice, IT IS HEREBY ORDERED that Defendant Experian be dismissed from this action with prejudice, with each party to bear its own attorneys' fees and costs.

_____