TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E Camelback Rd, #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Mikel Anderson*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mikel Anderson, | Case No.: CV17-4460-PHX-DGC |
| Plaintiff, | |
| vs. | **JOINT REPORT REGARDING GOOD FAITH SETTLEMENT TALKS** |
| Trans Union, LLC, et al., | |
| Defendants. | |

The Parties, through counsel undersigned, submit the following Joint Report Regarding Good Faith Settlement Talks:

Pursuant to the Court's Order dated June 26, 2018 (*See* Docket No. 69), counsel and the Parties conducted good faith settlement talks telephonically on July 20, 2018. Despite their efforts, the Parties were unable to reach a resolution. At this time, the Parties do not believe that assistance from the Court would facilitate settlement. The Parties will immediately notify the Court if they require Court assistance or if they are able to reach a settlement.

Respectfully Submitted,

Dated: July 25, 2018

*/s/ Trinette G. Kent*
TRINETTE G. KENT (025180)
KENT LAW OFFICES
3219 E Camelback Rd, #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com
Attorney for Plaintiff

*/s/ Daniel A. Arellano*
DANIEL A. ARELLANO (03204)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
Direct Dial: 602.262.0860
Direct Fax: 602.734.3798
Email: darellano@lrrc.com
Attorneys for Defendant Toyota