# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mikel Anderson,<br><br>              Plaintiff,<br><br>v.<br><br>Trans Union, LLC, et al.,<br><br>             Defendants. | No. CV17-4460 PHX DGC<br><br>**ORDER** |

Pending before the Court is the parties' stipulation of dismissal with prejudice as to Defendant Trans Union, LLC, only. Doc. 75.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice (Doc. 75) is **granted.** Each party shall bear his or its own attorneys' fees and costs.

Dated this 25th day of July, 2018.

_____
David G. Campbell
United States District Judge